**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Cr. No.  2:12-cr-20213-JPM |
| ) | |
| **LARON MATLOCK,** ) | |
| ) | |
| **Defendant.** ) | |

**POSITION OF THE UNITED STATES
WITH RESPECT TO SENTENCING FACTORS**

Comes now the United States by and through counsel Edward L. Stanton III, United States Attorney for the Western District of Tennessee, and Brian K. Coleman, Assistant United States Attorney, and notifies the Court of the position of the United States in accordance with § 6A1.2 of the <u>Sentencing Guidelines and Policy Statements</u>.

1. The attorney for the United States has received and reviewed the Presentence Report filed in this case.

2. The United States has no objections to the Presentence Report.

Respectfully submitted,

EDWARD L. STANTON III
United States Attorney

By: /s/Brian K. Coleman
Assistant United States Attorney
167 N. Main, Room 800
Memphis, TN  38103
(901) 544-4231
(#4051017 New York)

## CERTIFICATE OF SERVICE

I, Brian K. Coleman, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing **Position of the United States With Respect to Sentencing Factors** was forwarded by electronic means, via the Court's Electronic Filing System.

This 29th day of January, 2015.

By: /s/Brian K. Coleman
Assistant United States Attorney
167 N. Main, Room 800
Memphis, TN  38103
(901) 544-4231
(#4051017 New York)